IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JEANNIE V. MADSEN,

    Plaintiff,

v.                                                               No. 13-cv-0512 GBW/SMV

CITY OF ROSWELL, et al.,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:     January 7, 2014, at 10:00 a.m.

**Matter to be heard**:   Status Conference to set Settlement Conference

**IT IS ORDERED, ADJUDGED, AND DECREED** that a telephonic status conference is hereby set for **January 7, 2014, at 10:00 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall confer with Judge Vidmar to choose a date on which to conduct a settlement conference. Parties are reminded to have their calendars available for the hearing.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.