UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**JEANNIE MADSEN,**
        **Plaintiff,**

v.   No. CIV-13-00512 CEG/SMV

**CITY OF ROSWELL, a municipal corporation; LARRY FRY; DENNIS KINTIGH; ALFONSO SOLIS; and JODY SCIFRES, in their individual and official capacities,**
        **Defendants.**

## ORDER

This matter comes before the Court on Plaintiff Jeannie Madsen's Unopposed Motion to Extend Time to Conduct Discovery. The Court finds that the Motion is unopposed and well taken. Wherefore, it is hereby ordered that:

Plaintiff's Motion is granted and the time to conduct discovery is extended to May 2, 2014. Motions concerning discovery and are due on May 30, 2014. Dispositive motions are due on June 6, 2014.

Signed: _____
Honorable Stephan M. Vidmar
United States Magistrate Judge

Dated: __March 6, 2014_____

Submitted by:

Mary Louise Boelcke
Attorney for Plaintiff
6707 Academy Road NE, Ste A
Albuquerque, NM 87109
Phone (505) 821-5122

Approved electronically:

Bryan Evans
Attorney for Defendants