UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO


JEANNIE MADSEN,
       Plaintiff,

v.                                                                  No. CIV-13-00512 CEG/SMV

CITY OF ROSWELL, a municipal
corporation; LARRY FRY; DENNIS
KINTIGH; ALFONSO SOLIS; and JODY
SCIFRES, in their individual and official
capacities,
       Defendants.


## ORDER

This matter comes before the Court on Plaintiff Jeannie Madsen's Unopposed Motion for

Extension of Time to file Pretrial Order.   The Court finds that the Motion is unopposed and well

taken.  Wherefore, it is hereby ordered that:

Plaintiff's Motion is granted and the June 23, 2014, date to file the Pretrial Order is

vacated.  The Court will set a new date for filing of the pretrial order after a decision on the

defendants' motion for summary judgment is filed.


Signed: _____
Honorable Stephan M. Vidmar
United States Magistrate Judge


Dated: 06/18/14

Submitted by:

Mary Louise Boelcke
Attorney for Plaintiff
PO Box 31033
Albuquerque, NM 87190
Phone (505) 804-1632

Approved electronically:

Bryan Evans
Attorney for Defendants