UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**JEANNIE MADSEN,**
        **Plaintiff,**

v.                                **No. CIV-13-00512 CEG/SMV**

**CITY OF ROSWELL, a municipal corporation; LARRY FRY; DENNIS KINTIGH; ALFONSO SOLIS; and JODY SCIFRES, in their individual and official capacities,**
        **Defendants.**

## ORDER

This matter comes before the Court on Plaintiff Jeannie Madsen's Unopposed Motion to Exceed Page Limits for Exhibits in Response to Defendants' Motion for Summary Judgment. The Court finds that the Motion is unopposed and well taken. Wherefore, it is hereby ordered that:

Plaintiff's Motion is granted and she may file more than fifty pages of exhibits in support of her opposition to defendants' Motion for Summary Judgment.

Signed: _____
Honorable Stephan M. Vidmar
United States Magistrate Judge

Dated: 6/24/14

Submitted by:

Mary Louise Boelcke
Attorney for Plaintiff
PO Box 31033
Albuquerque, NM 87190
Phone (505) 804-1632

Approved telephonically:

Barbara Smith
Attorney for Defendants